# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

132583

ROBERT A. WOODS, Personal
Representative of the Estate of
Christal Woods, Deceased,
              Plaintiff-Appellee,

v

FARMINGTON FAMILY
PHYSICIANS, P.C., MEDICAL
ARTS X-RAY, P.C., and
SHELDON STERN, D.O.,
              Defendants,

and

WON CHAE, M.D.,
              Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132583
COA: 270600
Oakland CC: 2004-062745-NH

_____/

On order of the Court, the application for leave to appeal the October 18, 2006 order of the Court of Appeals is considered and, it appearing to this Court that the case of *Braverman v Garden City Hosp* (Docket Nos. 134445-134446) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

_____
Clerk